# ■ STEAK BUFFET, INC.

10615

| EMPLOYEE | | SOCIAL SECURITY NO. | PAY RATE | PERIOD END. | CHECK NO. |
|---|---|---|---|---|---|
| GAQ0301    GAO,L | | ▮▮▮▮▮▮▮ | 4.350 HB | 03/05/12 | 010615 |

| EARNINGS | HOURS | AMOUNT | YTD | DEDUCTION | AMOUNT | YTD |
|---|---|---|---|---|---|---|
| Regular | 18.00 | 78.30 | 391.50 | FICA | 3.29 | 16.45 |
| Tips Reported | .00 | 200.00 | 1,000.00 | Medicare | 4.04 | 20.20 |
| | | | | FICA Tips | 8.40 | 42.00 |
| | | | | Tips Reported | 200.00 | 1,000.00 |
| GROSS EARNINGS: | | 278.30 | 1,391.50 | TOTAL DEDUCT: | 215.73 | 1,078.65 |
| NET EARNINGS: | | 62.57 | | | | |

PRODUCT DLB333      USE WITH 91500 ENVELOPE        Deluxe For Business 1-800-225-6380 or www.nebs.com

DEF 01020

**SEC. APP'X 824**

**STEAK BUFFET, INC.**

10629

| EMPLOYEE | | SOCIAL SECURITY NO. | PAY RATE | PERIOD END. | CHECK NO. |
|---|---|---|---|---|---|
| GAO0301 | GAO,L | ███████ | 4.350 HB | 03/19/12 | 010629 |

| EARNINGS | HOURS | AMOUNT | YTD | DEDUCTION | AMOUNT | YTD |
|---|---|---|---|---|---|---|
| Regular | 18.00 | 78.30 | 469.80 | FICA | 3.29 | 19.74 |
| Tips Reported | .00 | 200.00 | 1,200.00 | Medicare | 4.04 | 24.24 |
| | | | | FICA Tips | 8.40 | 50.40 |
| | | | | Tips Reported | 200.00 | 1,200.00 |
| GROSS EARNINGS: | | 278.30 | 1,669.80 | TOTAL DEDUCT: | 215.73 | 1,294.38 |
| NET EARNINGS: | | 62.57 | | | | |

PRODUCT DLB333    USE WITH 91500 ENVELOPE    Deluxe For Business 1-800-225-6380 or www.nebs.com

DEF 01034

**SEC. APP'X 825**

**STEAK BUFFET, INC.**

10642

| EMPLOYEE | | SOCIAL SECURITY NO. | | PAY RATE | PERIOD END. | CHECK NO. |
|---|---|---|---|---|---|---|
| GAO0301   GAO,L | | | | 4.350 HB | 04/02/12 | 010642 |

| EARNINGS | HOURS | AMOUNT | YTD | DEDUCTION | AMOUNT | YTD |
|---|---|---|---|---|---|---|
| Regular | 18.00 | 78.30 | 548.10 | FICA | 3.29 | 23.03 |
| Tips Reported | .00 | 200.00 | 1,400.00 | Medicare | 4.04 | 28.28 |
| | | | | FICA Tips | 8.40 | 58.80 |
| | | | | Tips Reported | 200.00 | 1,400.00 |
| GROSS EARNINGS: | | 278.30 | 1,948.10 | TOTAL DEDUCT: | 215.73 | 1,510.11 |
| NET EARNINGS: | | 62.57 | | | | |

PRODUCT DLB333      USE WITH 91500 ENVELOPE      Deluxe For Business 1-800-225-6380 or www.nebs.com

DEF 01047

**SEC. APP'X 826**

**STEAK BUFFET, INC.**

10655

| EMPLOYEE | · | SOCIAL SECURITY NO. | PAY RATE | PERIOD END. | CHECK NO. |
|---|---|---|---|---|---|
| GAO0301   GAO,L | | ███████ | 4.350 HB | 04/16/12 | 010655 |

| EARNINGS | HOURS | AMOUNT | YTD | DEDUCTION | AMOUNT | YTD |
|---|---|---|---|---|---|---|
| Regular | 18.00 | 78.30 | 626.40 | FICA | 3.29 | 26.32 |
| Tips Reported | .00 | 200.00 | 1,600.00 | Medicare | 4.04 | 32.32 |
| | | | | FICA Tips | 8.40 | 67.20 |
| | | | | Tips Reported | 200.00 | 1,600.00 |
| GROSS EARNINGS: | | 278.30 | 2,226.40 | TOTAL DEDUCT: | 215.73 | 1,725.84 |
| NET EARNINGS: | | 62.57 | | | | |

PRODUCT DLB333      USE WITH 91500 ENVELOPE            Deluxe For Business 1-800-225-6380 or www.nebs.com

DEF 01060

**STEAK BUFFET, INC.**

10669

| EMPLOYEE | | SOCIAL SECURITY NO. | PAY RATE | PERIOD END. | CHECK NO. |
|---|---|---|---|---|---|
| GAQ0301    GAO,L | | ▉▉▉▉ | 4.350 HB | 04/30/12 | 010669 |

| EARNINGS | HOURS | AMOUNT | YTD | DEDUCTION | AMOUNT | YTD |
|---|---|---|---|---|---|---|
| Regular | 18.00 | 78.30 | 704.70 | FICA | 3.29 | 29.61 |
| Tips Reported | .00 | 200.00 | 1,800.00 | Medicare | 4.04 | 36.36 |
| | | | | FICA Tips | 8.40 | 75.60 |
| | | | | Tips Reported | 200.00 | 1,800.00 |
| GROSS EARNINGS: | | 278.30 | 2,504.70 | TOTAL DEDUCT: | 215.73 | 1,941.57 |
| NET EARNINGS: | | 62.57 | | | | |

PRODUCT DLB333     USE WITH 91500 ENVELOPE          Deluxe For Business 1-800-225-6380 or www.nebs.com

DEF 01074

**SEC. APP'X 828**

**■ STEAK BUFFET, INC.**                                    10681

| EMPLOYEE | | SOCIAL SECURITY NO. | PAY RATE | PERIOD END. | CHECK NO. |
|---|---|---|---|---|---|
| GAO0301    GAO,L | | ███████ | 4.350 HB | 05/14/12 | 010681 |

| EARNINGS | HOURS | AMOUNT | YTD | DEDUCTION | AMOUNT | YTD |
|---|---|---|---|---|---|---|
| Regular | 18.00 | 78.30 | 783.00 | FICA | 3.29 | 32.90 |
| Tips Reported | .00 | 200.00 | 2,000.00 | Medicare | 4.04 | 40.40 |
| | | | | FICA Tips | 8.40 | 84.00 |
| | | | | Tips Reported | 200.00 | 2,000.00 |
| GROSS EARNINGS: | | 278.30 | 2,783.00 | TOTAL DEDUCT: | 215.73 | 2,157.30 |
| NET EARNINGS: | | 62.57 | | | | |

PRODUCT DLB333    USE WITH 91500 ENVELOPE    Deluxe For Business 1-800-225-6380 or www.nebs.com

DEF 01086

**SEC. APP'X 829**

**STEAK BUFFET, INC.**

10693

| EMPLOYEE | SOCIAL SECURITY NO. | PAY RATE | PERIOD END. | CHECK NO. |
|---|---|---|---|---|
| GAO0301    GAO, L | | 4.350 HB | 05/28/12 | 010693 |

| EARNINGS | HOURS | AMOUNT | YTD | DEDUCTION | AMOUNT | YTD |
|---|---|---|---|---|---|---|
| Regular | 18.00 | 78.30 | 861.30 | FICA | 3.29 | 36.19 |
| Tips Reported | .00 | 200.00 | 2,200.00 | Medicare | 4.04 | 44.44 |
| | | | | FICA Tips | 8.40 | 92.40 |
| | | | | Tips Reported | 200.00 | 2,200.00 |
| GROSS EARNINGS: | | 278.30 | 3,061.30 | TOTAL DEDUCT: | 215.73 | 2,373.03 |
| NET EARNINGS: | | 62.57 | | | | |

PRODUCT DLB333    USE WITH 91500 ENVELOPE    Deluxe For Business 1-800-225-6380 or www.nebs.com

DEF 01099

**SEC. APP'X 830**

**■ STEAK BUFFET, INC.**

10705

| EMPLOYEE | | SOCIAL SECURITY NO. | PAY RATE | PERIOD END. | CHECK NO. |
|---|---|---|---|---|---|
| GAO0301   GAO,L | | | 4.350 HB | 06/11/12 | 010705 |

| EARNINGS | HOURS | AMOUNT | YTD | DEDUCTION | AMOUNT | YTD |
|---|---|---|---|---|---|---|
| Regular | 18.00 | 78.30 | 939.60 | FICA | 3.29 | 39.48 |
| Tips Reported | .00 | 200.00 | 2,400.00 | Medicare | 4.04 | 48.48 |
| | | | | FICA Tips | 8.40 | 100.80 |
| | | | | Tips Reported | 200.00 | 2,400.00 |
| GROSS EARNINGS: | | 278.30 | 3,339.60 | TOTAL DEDUCT: | 215.73 | 2,588.76 |
| NET EARNINGS: | | 62.57 | | | | |

PRODUCT DLB333     USE WITH 91500 ENVELOPE          Deluxe For Business 1-800-225-6380 or www.nebs.com

DEF 01111

**SEC. APP'X 831**

King Buffet

| 2013 | Month | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | # of Servers | 111=3 | 11=2 | 111=3 | 111=3 | 111=3 | 111=3 | 111=3 | 111=3 | 111=3 | 111=3 | 111=3 | 111=3 |
| | # of Kitchen | 11111=5 | 11111=5 | 11111=5 | 11111=5 | 11111=5 | 11111=5 | 11111=5 | 11111=5 | 111111=6 | 111111=6 | 111111=6 | 111111=6 |
| | # of Kitchen Aid/Server | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

| 2014 | Month | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | # of Servers | 111=3 | 111=3 | 111=3 | | | | | | | | | |
| | # of Kitchen | 111111=6 | 111111=6 | 111111=6 | | | | | | | | | |
| | # of Kitchen Aid/Server | 1 | 1 | 1 | | | | | | | | | |

DOL00170

SEC. APP'X 832

DOL00869



DOL00931

EXHIBIT

18

052316 SW Ja heng



KPF/TEM



**Kelsey J. Knowles**
Direct Dial: (515) 283-4631
Direct Fax: (515) 558-0631
E-mail: kjknowles@belinmccormick.com

June 8, 2016

Traci Martin
United States Department of Labor
Office of the Solicitor
Two Pershing Square Building
2300 Main Street, Suite 1020
Kansas City, MO  64108

Re:     *U.S. Dep't of Labor v. Li, et al.*, USDC Case No. 15-136

Dear Traci:

Enclosed please find a supplemental production from Defendants in this matter.  I do not believe any of the enclosed documents are directly responsive to a Request for Production of Documents but, because we may rely on the enclosed documents going forward, we wanted to produce them now.

Sincerely,

*Kelsey J. Knowles*

Kelsey J. Knowles
For the Firm

KJK/so

Enclosures

M1614\0001\(02423384)

SEC. APP'X 836

## DECLARATION OF CARLA REYNOLDS

1.     I, Carla Reynold, am, and at all times material hereto, have been the Docket Clerk for the Office of the Solicitor, United States Department of Labor, located in Kansas City, Missouri.

2.     As part of my job duties, I open the office's mail and stamp it to record the date and time received.

3.     On June 13, 2016, our office received a packet of documents from Kelsey Knowles, opposing counsel in a case currently being litigated in our office.  I stamped the cover letter with the date and time it was received:  June 13, 2016, at 2:11 p.m.  A true and correct copy of this letter is part of the Appendix to the Secretary's Motion in Opposition to Summary Judgment, at page 836.

4.     I certify under penalty of perjury and pursuant to the laws of the state of Missouri that the preceding is true and correct.

Executed on this 25th day of _____July_____, 2015.

Carla Reynolds

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| THOMAS E. PEREZ,<br>SECRETARY OF LABOR,<br>U.S. DEPARTMENT OF LABOR,<br><br>           Plaintiff,<br><br>   v.<br><br>LI YING LI and JIAN YUN ZHENG,<br>individually; KING BUFFET OF IA, INC.,<br>d/b/a KING BUFFET;<br>KING BUFFET OF AMES, INC.;<br>BUFFET MONGOLIAN GRILL, INC.,<br>d/b/a MONGOLIAN BUFFET;  and<br>STEAK BUFFET, INC.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  4:15-cv-00136-RP-HCA |

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS KING BUFFET OF IA, INC., d/b/a KING BUFFET, AND KING BUFFET OF AMES, INC.

Plaintiff, pursuant to Federal Rule of Civil Procedure 34, requests Defendants King Buffet of IA, Inc., d/b/a King Buffet, and King Buffet of Ames, Inc. (hereinafter referred to collectively as "King Buffet" or "the restaurant"), through their duly authorized representative, to file a written response to each of the following requests within thirty (30) days of service and to produce or permit the copying of the following documents at the Office of the Regional Solicitor, Suite 1020, Two Pershing Square, 2300 Main, Kansas City, Missouri 64108 within thirty (30) days of this request.  Unless otherwise specified, all requests refer to the period from March 5, 2012 to the date of response.

5JAD3014TEM

REQUEST NO. 1:  To the extent not already provided, all payroll records reflecting, for each pay period, the number of weekly hours worked and rates and amounts of pay for each employee listed in Appendix A of the Complaint in this matter, including but not limited to timecards and paystubs.

RESPONSE:

REQUEST NO. 2:  Any and all written messages, notes, memoranda, handbooks or other documents that set forth King Buffet's policy regarding overtime pay.

RESPONSE:

REQUEST NO. 3:  Any and all written messages, notes, memoranda, handbooks or other documents that set forth King Buffet's policy regarding employee breaks and/or whether employees were allowed to stay in the restaurant and work during their breaks.

RESPONSE:

REQUEST NO. 4:  Any and all written messages, notes, memoranda, handbooks or other documents that set forth King Buffet's policy regarding the recording of tips and tip pooling.

RESPONSE:

2

SEC. APP'X 839

REQUEST NO. 5:  Any and all training materials, written messages, notes, memoranda, handbooks, agreements or other documents used to ensure King Buffet employees were trained on and understood the restaurant's timekeeping methods.

RESPONSE:

REQUEST NO. 6:  Any and all written messages, notes, memoranda, handbooks, agreements or other documents by which employees of King Buffet were informed concerning the basis of their compensation.

RESPONSE:

REQUEST NO. 7:  Any and all written messages, notes, memoranda, handbooks or other documents that set forth the scheduled shifts or required work hours for any of the employees listed in Appendix A of the Complaint in this matter.

RESPONSE:

REQUEST NO. 8:  Written job descriptions for all employees listed in Appendix A of the Complaint in this matter.

RESPONSE:

3

**SEC. APP'X 840**

REQUEST NO. 9:  Any documents, including but not limited to job postings, employment contracts, or internal memos, describing job duties for all employees listed in Appendix A of the Complaint in this matter.

RESPONSE:

REQUEST NO. 10:  Any documents, including but not limited to job postings, advertisements, or contracts and/or communications with third-party employment/staffing agencies, showing King Buffet's efforts to recruit new employees.

RESPONSE:

REQUEST NO. 11:  Any and all communications between King Buffet and Tricity Accounting Services Inc. following the Department of Labor Wage and Hour Division's 2002 and 2005 investigations of the restaurant concerning compliance with the Fair Labor Standards Act.

RESPONSE:

REQUEST NO. 12:  Any and all communications between King Buffet and Tricity Accounting Services Inc. concerning the processing of the restaurant's payroll.

RESPONSE:

4

REQUEST NO. 13:  Any and all communications between King Buffet and Ya Sing concerning compliance with the Fair Labor Standards Act.

RESPONSE:

REQUEST NO. 14:  All federal and state tax forms, including but not limited to income and payroll, filed by or in connection with the firm for the years 2012, 2013, 2014, and 2015.

RESPONSE:

REQUEST NO. 15:  All documents identified by Defendants in their answers to the Plaintiff's Interrogatories or relied upon by Defendants in responding to said Interrogatories.

RESPONSE:

5

M. Patricia Smith
Solicitor of Labor

Christine Z. Heri
Regional Solicitor

H. Alice Jacks
Associate Regional Solicitor

/s/Traci E. Martin
Traci Martin
Attorney
2300 Main Street, Suite 1020
Kansas City, MO  64108
(816) 285-7272
(816) 285-7287 (fax)
martin.traci.e@dol.gov

*Attorneys for Secretary of Labor*
*U.S. Department of Labor*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that an original of the foregoing Plaintiff's First Request for Production

to Defendants King Buffet of IA, Inc., d/b/a King Buffet, and King Buffet of Ames, Inc. was sent

by electronic mail this 2nd day of November, 2015 to:

Kelsey J. Knowles
Belin McCormick, P.C.
666 Walnut Street, Suite 2000
Des Moines, Iowa 50309-3989
KJKnowles@belinmccormick.com

/s/Traci E. Martin

6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| THOMAS E. PEREZ,<br>SECRETARY OF LABOR,<br>U.S. DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>LI YING LI and JIAN YUN ZHENG,<br>individually; KING BUFFET OF IA, INC.,<br>d/b/a KING BUFFET;<br>KING BUFFET OF AMES, INC.;<br>BUFFET MONGOLIAN GRILL, INC.,<br>d/b/a MONGOLIAN BUFFET;  and<br>STEAK BUFFET, INC.,<br><br>Defendant**s**. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  4:15-cv-00136-RP-HCA |

### PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
### DEFENDANTS BUFFET MONGOLIAN GRILL, INC.,
### d/b/a MONGOLIAN BUFFET, AND STEAK BUFFET, INC.

Plaintiff, pursuant to Federal Rule of Civil Procedure 34, requests Defendants Buffet

Mongolian Grill, Inc., d/b/a Mongolian Buffet, and Steak Buffet, Inc. (hereinafter referred to

collectively as "Mongolian Buffet" or "the restaurant") through their duly authorized

representative, to file a written response to each of the following requests within thirty (30) days

of service and to produce or permit the copying of the following documents at the Office of the

Regional Solicitor, Suite 1020, Two Pershing Square, 2300 Main, Kansas City, Missouri 64108

within thirty (30) days of this request.  Unless otherwise specified, all requests refer to the period

from March 5, 2012 to the date of response.

5JAD3013TEM

REQUEST NO. 1:  To the extent not already provided, all payroll records reflecting, for each pay period, the number of weekly hours worked and rates and amounts of pay for each employee listed in Appendix A of the Complaint in this matter, including but not limited to timecards and paystubs.

RESPONSE:

REQUEST NO. 2:  Any and all written messages, notes, memoranda, handbooks or other documents that set forth Mongolian Buffet's policy regarding overtime pay.

RESPONSE:

REQUEST NO. 3:  Any and all written messages, notes, memoranda, handbooks or other documents that set forth Mongolian Buffet's policy regarding employee breaks and/or whether employees were allowed to stay in the restaurant and work during their breaks.

RESPONSE:

REQUEST NO. 4:  Any and all written messages, notes, memoranda, handbooks or other documents that set forth Mongolian Buffet's policy regarding the recording of tips and tip pooling.

RESPONSE:

**SEC. APP'X 845**

REQUEST NO. 5:  Any and all training materials, written messages, notes, memoranda, handbooks, agreements or other documents used to ensure Mongolian Buffet employees were trained on and understood the restaurant's timekeeping methods.

RESPONSE:

REQUEST NO. 6:  Any and all written messages, notes, memoranda, handbooks, agreements or other documents by which employees of Mongolian Buffet were informed concerning the basis of their compensation.

RESPONSE:

REQUEST NO. 7:  Any and all written messages, notes, memoranda, handbooks or other documents that set forth the scheduled shifts or required work hours for any of the employees listed in Appendix A of the Complaint in this matter.

RESPONSE:

REQUEST NO. 8:  Written job descriptions for all employees listed in Appendix A of the Complaint in this matter.

RESPONSE:

3

SEC. APP'X 846

REQUEST NO. 9:  Any documents, including but not limited to job postings, employment contracts, or internal memos, describing job duties for all employees listed in Appendix A of the Complaint in this matter.

RESPONSE:

REQUEST NO. 10:  Any documents, including but not limited to job postings, advertisements, or contracts and/or communications with third-party employment/staffing agencies, showing Mongolian Buffet's efforts to recruit new employees.

RESPONSE:

REQUEST NO. 11:  Any and all communications between Mongolian Buffet and Tricity Accounting Services Inc. concerning the processing of the restaurant's payroll.

RESPONSE:

REQUEST NO. 12:  Any and all communications between Mongolian Buffet and Ya Sing concerning compliance with the Fair Labor Standards Act.

RESPONSE:

4

REQUEST NO. 13:  All federal and state tax forms, including but not limited to income and payroll, filed by or in connection with the firm for the years 2012, 2013, 2014, and 2015.

RESPONSE:

REQUEST NO. 14:  All documents identified by Defendants in their answers to the Plaintiff's Interrogatories or relied upon by Defendants in responding to said Interrogatories.

RESPONSE:

**SEC. APP'X 848**

M. Patricia Smith
Solicitor of Labor

Christine Z. Heri
Regional Solicitor

H. Alice Jacks
Associate Regional Solicitor

/s/Traci E. Martin
Traci Martin
Attorney
2300 Main Street, Suite 1020
Kansas City, MO  64108
(816) 285-7272
(816) 285-7287 (fax)
martin.traci.e@dol.gov

*Attorneys for Secretary of Labor*
*U.S. Department of Labor*

CERTIFICATE OF SERVICE

I hereby certify that an original of the foregoing Plaintiff's First Request for Production to Defendants Buffet Mongolian Grill, Inc., d/b/a Mongolian Buffet, and Steak Buffet, Inc. was sent by electronic mail this 2nd day of November, 2015 to:

Kelsey J. Knowles
Belin McCormick, P.C.
666 Walnut Street, Suite 2000
Des Moines, Iowa 50309-3989
KJKnowles@belinmccormick.com

/s/Traci E. Martin

6

## DECLARATION

I, _Shizhao Zheng_, under pain and penalty of perjury, hereby declare as follows:

1.      I am a former employee of King or Mongolian Buffet.    I worked as a

_Parttime_        .

2.      I did not work 6 days a week, 12 hours a day.

3.      I was paid for all hours I worked.  My paycheck accurately reflected the hours I

worked.  When I received cash tips, I kept my tips.

4.      I do not wish to sue my former employers.  I do not believe I am owed wages and

have no desire for the Department of Labor to sue on my behalf.

Further Declarant sayeth naught.

NAME  郑时曶

Date  3-16-2016

DEF 01745

**SEC. APP'X 850**

## DECLARATION

I, _Liang Fang Dong_ under pain and penalty of perjury, hereby declare as follows:

1.      I am a former employee of King or Mongolian Buffet.    I worked as a

_Parttime_            .

2.      I did not work 6 days a week, 12 hours a day.

3.      I was paid for all hours I worked.  My paycheck accurately reflected the hours I

worked.  When I received cash tips, I kept my tips.

4.      I do not wish to sue my former employers.  I do not believe I am owed wages and

have no desire for the Department of Labor to sue on my behalf.

Further Declarant sayeth naught.

NAME 董蓮芳

Date  3-17-2016

DEF 01740

## DECLARATION

I, _Zhao SHUI LI_ , under pain and penalty of perjury, hereby declare as follows:

1.     I am a former employee of King or Mongolian Buffet.     I worked as a

_Parttime_ .

2.     I did not work 6 days a week, 12 hours a day.

3.     I was paid for all hours I worked.   My paycheck accurately reflected the hours I

worked.  When I received cash tips, I kept my tips.

4.     I do not wish to sue my former employers.   I do not believe I am owed wages and

have no desire for the Department of Labor to sue on my behalf.

Further Declarant sayeth naught.

NAME _ZHAO SHUI LI_

Date

DEF 01743

## DECLARATION

I, _Xiu Ying Zhu_ , under pain and penalty of perjury, hereby declare as follows:

1.     I am a former employee of King or Mongolian Buffet.     I worked as a

_parttime_         .

2.     I did not work 6 days a week, 12 hours a day.

3.     I was paid for all hours I worked.  My paycheck accurately reflected the hours I worked.  When I received cash tips, I kept my tips.

4.     I do not wish to sue my former employers.  I do not believe I am owed wages and have no desire for the Department of Labor to sue on my behalf.

Further Declarant sayeth naught.

NAME _Xiu Ying Zhu_

Date _3 / 17 / 16_

DEF 01746

## DECLARATION

I, _Zeng Xing Li_ , under pain and penalty of perjury, hereby declare as follows:

1.     I am a former employee of King or Mongolian Buffet.     I worked as a _parttime_ .

2.     I did not work 6 days a week, 12 hours a day.

3.     I was paid for all hours I worked.  My paycheck accurately reflected the hours I worked.  When I received cash tips, I kept my tips.

4.     I do not wish to sue my former employers.  I do not believe I am owed wages and have no desire for the Department of Labor to sue on my behalf.

Further Declarant sayeth naught.

NAME _Zeng Xing Li_

Date _3/17/16_

DEF 01742

## DECLARATION

I, _Ai mei Li_, under pain and penalty of perjury, hereby declare as follows:

1.      I am a former employee of King or Mongolian Buffet.   I worked as a
_Part time_.

2.      I did not work 6 days a week, 12 hours a day.

3.      I was paid for all hours I worked.  My paycheck accurately reflected the hours I
worked.  When I received cash tips, I kept my tips.

4.      I do not wish to sue my former employers.  I do not believe I am owed wages and
have no desire for the Department of Labor to sue on my behalf.

Further Declarant sayeth naught.

NAME _Ai mei Li_

Date _3 / 19 / 16_

DEF 01741

## DECLARATION

I, _Li Rong chen_ under pain and penalty of perjury, hereby declare as follows:

1.      I am a former employee of King or Mongolian Buffet.    I worked as a

_Parttime_    .

2.      I did not work 6 days a week, 12 hours a day.

3.      I was paid for all hours I worked.   My paycheck accurately reflected the hours I

worked.   When I received cash tips, I kept my tips.

4.      I do not wish to sue my former employers.   I do not believe I am owed wages and

have no desire for the Department of Labor to sue on my behalf.

Further Declarant sayeth naught.

NAME _Li Rong chen_

Date _3/17/16_

DEF 01747

### DECLARATION OF XIAO QI CHEN

I, Xiao Qi Chen, under pain and penalty of perjury, hereby declare as follows:

1.      I am a former employee of King Buffet.  During my time at King Buffet I worked as a server and in the kitchen.

2.      I worked 3-4 days a week for a few hours each day.  I did not work 6 days a week, 12 hours a day.  I wrote down my time every day when I worked and signed my timesheet.

3.      I was paid for all hours I worked.  When I worked as a server I earned tips and I kept the tips I earned.

4.      I do not wish to sue my former employers.  I do not believe I am owed wages and have no desire for the Department of Labor to sue on my behalf.

Further Declarant sayeth naught.

_Xiao Qi Chen_
XIAO QI CHEN

_2 22/2016_
Date

1

DEF 01744

## DECLARATION OF JIRONG LI

I, Jirong Li, under pain and penalty of perjury, hereby declare as follows:

1.     I am a former employee of both King and Mongolian Buffet.  During my time at King and Mongolian Buffet I rotated as a server and kitchen employee.

2.     I worked part-time.  I did not work 6 days a week, 12 hours a day.  I wrote down my time every day when I worked and signed my timesheet.

3.     I was paid by check for all hours I worked.  I kept the tips I earned when I worked as a server.

4.     I do not wish to sue my former employers.  I do not believe I am owed wages and have no desire for the Department of Labor to sue on my behalf.

Further Declarant sayeth naught.

*Jia Rong Li*
_____
Jirong Li

*2 / 16 / 2016*
_____
Date

1

DEF 01748

## DECLARATION OF LAN LIN

I, Lan Lin, under pain and penalty of perjury, hereby declare as follows:

1.     I am a former employee of both King Buffet and Mongolian Buffet. During my time at King Buffet and Mongolian Buffet I worked as a host and cashier.

2.     I typically worked three or four days a week. Most shifts were six hours, either 10am to 4pm or 4pm to closing. On one occasion that I recall I worked six days in one week because Annie, one of the owners, was out of the country. Other than that occasion, I did not work 6 days a week. I did not work 12 hours a day. I wrote down my time every day when I worked and signed my timesheet.

3.     I am not aware of any other employees who worked in the front of the restaurant who worked 12 hours a day. Employees were free to come and go in the middle of the day between lunch and dinner. I do not have any knowledge about kitchen employees.

4.     I was paid by check for all the hours I worked. I did not earn tips.

5.     I do not wish to sue my former employers. I do not believe I am owed wages and have no desire for the Department of Labor to sue on my behalf.

Further Declarant sayeth naught.

_____
LAN LIN

_____
2/22/2016
Date

1

DEF 01749

## LIRONG CHEN
4536 WEBSTER ST, AMES, IA 50014-7997 | STORY County



**SSN:**

████████████

**DOB:**

████████1956 (Age: 59)

**Known Addresses:**

4536 WEBSTER ST, AMES, IA 50014-7997 | STORY County
**First Reported 03/06/2015 Last Reported 06/17/2015**
By Experian Credit Header 03/06/2015 - 06/17/2015

## XIAOQI CHEN
1591 PARK AVE APT 2A, NEW YORK, NY 10029-1844 | NEW YORK County



**SSN:**
███████

**DOB:**
████ 1985 (Age: 31)

**AKAs:**
XIAO CHOA
XIAO Q CHEN
XIAO QI CHEN

**Known Addresses:**

1591 PARK AVE APT 2A, NEW YORK, NY 10029-1844 | NEW YORK County
**First Reported 11/03/2015 Last Reported 11/07/2015**
By Experian Credit Header 11/03/2015 - 11/07/2015

1591 PARK AVE APT 2G, NEW YORK, NY 10029-1844 | NEW YORK County
**First Reported 10/27/2015 Last Reported 10/27/2015**
By Experian Credit Header 10/27/2015

4536 WEBSTER ST, AMES, IA 50014-7997 | STORY County
**First Reported 02/28/2015 Last Reported 08/21/2015**
By Experian Credit Header 02/28/2015 - 08/21/2015

3409 HARCOURT DR, AMES, IA 50010-8422 | STORY County
**First Reported 10/26/2014 Last Reported 10/26/2014**
By Experian Credit Header 10/26/2014

## JIA RONG LI
13257 AVERY AVE, FLUSHING, NY 11355-4901 | QUEENS County



**SSN:**

**DOB:**
███████ 1989 (Age: 26)

**Gender:**
MALE

**Height:**
5'05"

**Weight:**
120

**Drivers License #:**

**AKAs:**
J IA LI
JIARONG LI
JIA R LI

**Known Addresses:**

13257 AVERY AVE, FLUSHING, NY 11355-4901 | QUEENS County
**First Reported 10/29/2015 Last Reported 11/06/2015**
By Experian Credit Header 10/29/2015 - 11/06/2015

13257 AVERY 1 AVE, FULSHING, NY 11355
**First Reported 10/30/2015 Last Reported 10/30/2015**
By Experian Credit Header 10/30/2015

4536 WEBSTER ST, AMES, IA 50014-7997 | STORY County

WESTLAW   © 2016Thomson Reuters. No claim to original U.S. Government Works.                1

**First Reported 06/01/2012 Last Reported 06/15/2015**
By Experian Credit Header 08/19/2012 - 06/15/2015
By Utility 06/01/2012 - 06/18/2012

3409 HARCOURT DR, AMES, IA 50010-8422 | STORY County
**First Reported 04/16/2013 Last Reported 10/23/2014**
By Experian Credit Header 04/16/2013 - 10/23/2014

1213 HARPETH DR, MEMPHIS, TN 38134-8033 | SHELBY County
**First Reported 10/01/2012 Last Reported 02/07/2013**
By Utility 01/01/2013 - 02/07/2013
By Driver License 01/17/2013
By Experian Credit Header 10/01/2012 - 12/01/2012

**SEC. APP'X 863**

●●●○○ AT&T 📶　　　　下午4:15　　　　✦ ⚡ 77% ■■）

〈 信息　　　　+1 (515) 783-9059　　　　详细信息

Ying, please bring federal tax I'd # for bu

For Buffet Mongolian Grill. I only have the one for Steak Buffet. Thank you. Maria

Ok, I will bring tomorrow

Can you also bring dates of birth for employees under 19. What time are you planning on coming.

By 11:00

Jessica around 09/30/2011 star work

I need the dates of birth not the start date.

Jessica birthday 05/11/1994



发送

DEF 01736

●○○○○ AT&T 🅪　　　下午4:15　　　🔼 ☀ 77% ▇▇▇

〈 信息　　　　+1 (515) 783-9059　　　详细信息

Li, We have a couple of questions for your accountant. Is it ok to give them a call. Maria



2014年4月4日 上午8:51

Li, I need you to e-mail me the cash payments for all the employees of both Mongolian Buffet and King Buffet. Gonzalez.maria@dol.gov

I don't pay cash for employees, only one Mexican guy in Mongolian

In king buffet the three Mexican guy I all very give you

2014年4月15日 上午8:56

Li, what is the name of the employee at mongolian buffet who gets cash. Thanks, Maria.

Everything I all get for you

2014年4月15日 下午12:47

I can't tell which one it is on the list of

　　　　　　　发送

DEF 01737

**SEC. APP'X 865**

●○○○○ AT&T 〒　　　下午4:15　　　🔒 ⚡ 77% ⬛⬛⬛⬛

〈 信息　　　**+1 (515) 783-9059**　　　详细信息

I can't tell which one it is on the list of employees you gave me. The names you gave me are on the payroll. I need the full name. Thanks.

No cash payment everything on the payroll

You told me in your last text that you had only one Mexican who got cash at Mongolian. Are you now saying that  was incorrect?

He has on the payroll to

He got some checks and some cash

He name is Chavez Cruz Mauricio

What is his cash amount. Did he get both cash and check during the same pay period.

On 2013 he got cash $22260.00

Hi marina ok we can meet at next Tuesday 8:30am



发送

DEF 01738

●○○○○ AT&T ⏾    下午4:15    ⏀ ⏅ 77% ▰▰▰▷

〈 信息    **+1 (515) 783-9059**    详细信息

He has on the payroll to

He got some checks and some cash

He name Is Chavez Cruz Mauricio

What is his cash amount. Did he get both cash and check during the same pay period.

On 2013 he got cash $22260.00

2014年5月8日 上午11:51

Hi marina ok we can meet at next Tuesday 8:30am

Meet where at your office or somewhere?

Meet your office on Tuesday at 8:30am

2014年5月8日 下午1:46

Confiming the meeting will be in my office at 8:30 am. See you than.

Ok I will at there on time



发送

DEF 01739

**SEC. APP'X 867**