IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| EDWARD C. HUGLER,[1] ACTING SECRETARY OF LABOR, U.S. DEPARTMENT OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE No. 4:15-cv-00136-RP-HCA |
| LI YING LI and JIAN YUN ZHENG, individually; KING BUFFET OF IA, INC., d/b/a KING BUFFET; KING BUFFET OF AMES, INC.; BUFFET MONGOLIAN GRILL, INC., d/b/a MONGOLIAN BUFFET; and STEAK BUFFET, INC., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**PARTIES' JOINT STATUS REPORT**

Pursuant to this Court's Order (ECF Doc. No. 59), counsel for Edward C. Hugler, the Acting Secretary of the United States Department of Labor, and counsel for Defendants Li Ying Li, Jian Yun Zheng, King Buffet of IA, Inc., King Buffet of Ames, Inc., Buffet Mongolian Grill, Inc., and Steak Buffet, Inc. ("Defendants"), submit the following joint status report:

On February 28, 2017, counsel for the parties held a telephone conference to discuss the Court-ordered temporary stay, which expired the next day. Both parties were informed by Andrew Kahl, Criminal Chief for the United States Attorney's Office, Southern District of Iowa, that his office is still maintaining an active investigation on the criminal referral pending before it. Given the uncertainty regarding a criminal prosecution, the parties hesitate to ask the Court to set a trial date within the near future. That being said, the parties believe it will be beneficial to

---

[1] This action was commenced in the name of Thomas E. Perez, Secretary of the Department of Labor. Mr. Perez is now the former Secretary of Labor and Edward C. Hugler is now the Acting Secretary. Therefore, Mr. Hugler is being automatically substituted for Mr. Perez as the Plaintiff, pursuant to FED. R. CIV.P. 25(d), and the caption of this action is amended accordingly.

2

possible settlement discussions if the Court decides Defendants' Motion for Partial Summary Judgment, which has been fully briefed by both parties.  After the Court's decision regarding the Motion, the parties would like to discuss setting a settlement conference before the Magistrate Judge, as was planned for last fall before the criminal prosecution moved forward.

        Jointly and respectfully submitted:

        /s/ Kelsey J. Knowles
        Kelsey J. Knowles
        Belin McCormick, P.C.
        666 Walnut Street, Suite 2000
        Des Moines, Iowa 50309-3989
        (515) 283-4631
        (515) 558-0631 (fax)
        KJKnowles@belinmccormick.com

*Attorneys for Defendants*

AND

Nicholas C. Geale
Acting Solicitor

Christine Z. Heri
Regional Solicitor

H. Alice Jacks
Associate Regional Solicitor

/s/ Traci Martin
Traci Martin
Office of the Solicitor
2300 Main, Suite 1020
Kansas City, MO 64108
(816) 285-7260
(816) 285-7287 (fax)
martin.traci.e@dol.gov

*Attorneys for Acting Secretary of Labor*